**SERVICE FIRE INSURANCE COMPANY OF NEW YORK, Appellant, v. Burl KING and Wilburn King, Appellees.**

Court of Appeals of Kentucky.

March 23, 1951.

Ben D. Smith, V. O. Blackburn, Somerset, for appellant.

Leonard S. Stephens, Whitley City, for appellees.

PER CURIAM.

Judgment for plaintiff in action to recover collision benefits under policy of insurance.

The motion for an appeal is denied and the judgment is affirmed.